FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 NOV 30  A 11: 52

CLERK'S OFFICE
AT BALTIMORE
BY_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

LASHAWN ANTOINETTE CLARK

TIMOTHY HALL

and

CASSANDRA MURRAY

      Plaintiffs,

      v.

BAY COUNTRY CONSUMER FINANCE, INC.

      Defendant.

Case No. 1:11-cv-2167-MJG

---

## NOTICE OF DISMISSAL

    Plaintiffs Lashawn Antoinette Clark, Timothy Hall and Cassandra Murray, by and through their attorney Cory L. Zajdel of Z LAW, LLC, hereby dismiss the above captioned matter under FED. R. CIV. P. 41(a)(1) and for support allege and state as follows:

    1.    Plaintiffs Lashawn Antoinette Clark, Timothy Hall and Cassandra Murray filed this action against Bay Country Consumer Finance, Inc. on August 4, 2011.  ECF #1.

    2.    To date, Defendant Bay Country Consumer Finance, Inc. has not filed an Answer or a Motion for Summary Judgment. *See generally* ECF.

    3.    To date, Plaintiffs have not filed a Motion for Class Certification. *See generally* ECF.

    4.    Plaintiffs Lashawn Antoinette Clark, Timothy Hall and Cassandra Murray hereby give notice that they dismiss the above captioned matter without prejudice.

Respectfully submitted,

Z LAW, LLC

Dated: November 29, 2012                By:_____/s/_____28191_____.

Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
10811 Red Run Blvd., Suite 204
Owings Mills, Maryland 21117
(443) 213-1977 – telephone
clz@zlawmaryland.com

**Attorney for Plaintiffs**

SO ORDERED, on <u>Thursday, November 29, 2012</u>.

_____/s/_____.
Marvin J. Garbis
United States District Judge